IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR414-005
)
LILLIE M. EUBANK, )
)
    Defendant. )
)

## O R D E R

Before the Court are the Magistrate Judge's March 18, 2015 Report and Recommendation (Doc. 289) and March 31, 2015 Report and Recommendation (Doc. 311). Defendant filed objections to only the March 18, 2015 Report and Recommendation. (Doc. 310.) After a careful de novo review of the record, the Court finds Defendant's objections to be without merit. Accordingly, both report and recommendations are **ADOPTED** as the Court's opinions in this case. As a result, Defendant's Motion to Suppress (Doc. 159), Supplemental Motion to Suppress (Doc. 187), and Third Motion to Suppress (Doc. 238) are **DENIED**.

SO ORDERED this 29th day of May 2015.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA