IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO. CR414-005
)
LILLIE M. EUBANK, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 338.) Defendant Lillie M. Eubank states she has no objections to the conclusion that she is competent to stand trial. (Doc. 340.) After a careful review of the record, the Court concurs with the Report and Recommendation, which is **ADOPTED** as the Court's opinion in this case. Accordingly, the Court finds that Defendant **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

SO ORDERED this 29th day of May 2015.

    WILLIAM T. MOORE, JR.
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 29 2015
CLERK _____
SO. DIST. OF GA